The Honorable John Gleeson

U.S. Courthouse, Eastern District of New York

225 Cadman Plaza

Brooklyn, New York



Oct. 4, 2013

Dear Judge Gleeson:

I used to cover the financial industry for Newsday, and wrote a number of stories about Jordan Belfort, Dennis Gaito, Steve Madden, and other principals and associates of Stratton Oakmont. After retiring from daily journalism in 2003 I thought I was finished writing about Stratton, but CNN has asked me to freelance a piece about "The Wolf of Wall Street" movie, and it was hard to say no.

As part of that article, a CNN editor has asked me to find out how big a chunk of Mr. Belfort's profits from the movie and his two "Wolf" books will go towards restitution of Stratton Oakmont victims. Yesterday I called Gus Maris, financial clerk of the Eastern District, with this question, and he asked me to put the request in writing to you, so you could direct it to the right person.

When you and I last talked about restitution over the phone in mid-August, 2007, it was in reference to the profits from Mr. Belfort's first book, "The Wolf of Wall Street," which had just come out. After we spoke, Mr. Heinemann of the Eastern District told me (for a story published Aug. 27, 2007) that Mr. Belfort, who had been ordered to pay about $110.4 million to the victims, had paid $663,234.59 into the fund so far. His was required to pay the money in installments equal to 50 percent of his gross income after prison. If there were any major changes in Mr. Belfort's financial circumstances, the percentage of his monthly income that had to be paid to the fund could be adjusted up or down at the recommendation of a court officer.

May I please ask you or another court officer how much Mr. Belfort has paid into the victims' fund so far, and how much he still owes? Also, has the 50 percent formula has been changed for Mr. Belfort in the wake of the two "Wolf" books, the movie, and other endeavors by him, such as his motivational speaking career? My deadline for turning in this story is as soon as possible, but by Oct. 15 at the latest. I can be reached at 212-741-2441, and my e-mail is harrigan_s@yahoo.com.

Thank you very much for your assistance in this matter, and best wishes to you.


Sincerely,

*Susan Harrigan*

Susan Harrigan